IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ZACH HILLESHEIM, | |
|---|---|
| Plaintiff, | 8:18CV449 |
| vs. | ORDER |
| RVD REAL ESTATE PROPERTIES LLC, | |
| Defendant. | |

After conferring with counsel,

IT IS ORDERED that the telephonic conference scheduled for February 13, 2020 (see Filing No. 51) will be held at **11:00 a.m.** instead of 9:00 a.m.

Dated this 10th day of January, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge